IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. RUST and KAREN J. RUST, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-222 (GMS) |
| BIOMEDICAL TISSUE SERVICES. LTD., MICHAEL MASTROMARINO, REGENERATION TECHNOLOGIES, INC. and MEDTRONIC SOFAMOR DANEK USA, INC. | : |
| Defendants. | : |

**NOTICE OF LIMITED APPEARANCE AND NO OBJECTION TO REMOVAL**

Defendant Medtronic Sofamor Danek USA, Inc. ("Medtronic") appears solely for the purpose of filing this notice, reserving all its rights, defenses, exceptions, objections, and claims, without waiver thereof. Medtronic does not object to the removal of this action to the United States District Court for the District of Delaware.

Date: May 2, 2007

_____
Thomas H. Kovach (# 3964)
PEPPER HAMILTON LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Medtronic Sofamor Danek USA, Inc.*

#8537686 v1

## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on the 2nd day of May, 2007, I caused a true copy of the foregoing *Notice of Limited Appearance and No Objection to Removal* to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

Brian F. Dolan, Esquire  
Stumpf, Vickers & Sandy, P.A.  
8 West Market Street  
Georgetown, DE 19947

John T. Carroll, III, Esquire  
Joseph J. Bellew, Esquire  
1201 Market Street  
Suite 1400  
Wilmington, DE 19801

_____  
Thomas H. Kovach (# 3964)

#8537686 v1