## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN L. RUST and KAREN J. RUST,                    :
                                                   :
      Plaintiff,                                :
                                                   :
      v.                                        :  C.A. No. 07-222 (GMS)
                                                   :
BIOMEDICAL TISSUE SERVICES. LTD.,                  :
MICHAEL MASTROMARINO, REGENERATION                 :
TECHNOLOGIES, INC. and MEDTRONIC                   :
SOFAMOR DANEK USA, INC.                            :
                                                   :
      Defendants.                               :
                                                   :

### STIPULATION TO EXTEND TIME

      IT IS HEREBY STIPULATED, by and between Plaintiffs John and Karen Rust

(the "Rusts") and Defendant Medtronic Sofamor Danek USA, Inc. ("Medtronic"), and subject to

the approval of the Court, that the date by which Medtronic must answer, move, or otherwise

respond to the Rusts' amended complaint shall be extended to May 30, 2007 or twenty (20) days

following the lifting of an anticipated stay of this matter, whichever is later.


  /s/ Brian F. Dolan                           /s/ Thomas H. Kovach           
Brian F. Dolan (#3190)                        Thomas H. Kovach (#3964)
Stumpf, Vickers & Sandy, P.A.                 PEPPER HAMILTON LLP
8 West Market Street                          Hercules Plaza, Suite 5100
Georgetown, DE  19947                         1313 N. Market Street
                                              P.O. Box 1709
*Attorneys for John and Karen Rust*           Wilmington, DE   19899-1709
                                              (302) 777-6500

                                              *Attorneys for Medtronic Sofamor Danek USA,*
Dated:  May 10, 2007                          *Inc.*

      SO ORDERED this _____ day of _____, 2007.

                              _____
                              United States District Judge

## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on the 10th day of May, 2007, I caused a

true copy of the foregoing *Stipulation to Extend Time* to be electronically filed with the Clerk of

the Court using CM/ECF, which will send electronic notification of such filing to the following:

Brian F. Dolan, Esquire
Stumpf, Vickers & Sandy, P.A.
8 West Market Street
Georgetown, DE 19947

John T. Carroll, III, Esquire
Joseph J. Bellew, Esquire
1201 Market Street
Suite 1400
Wilmington, DE 19801


Thomas H. Kovach (# 3964)

# Pepper Hamilton LLP
### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Thomas H. Kovach
direct dial: 302.777.6502
kovacht@pepperlaw.com

May 10, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

     Re:    John L. Rust and Karen J. Rust v.
              Biomedical Tissue Services, LTD., et al;
              C.A. No. 07-222 (GMS)

Dear Judge Sleet:

     I represent Defendant Medtronic Sofamor Danek USA, Inc. ("Medtronic") and I write on behalf of plaintiffs and Medtronic to explain the Stipulation to Extend Time to respond to Plaintiffs' amended complaint being filed concurrently herewith. It is my understanding that the parties expect this matter to be stayed pending a request to transfer the case to the multi-district litigation matter *In re Human Tissue Products Liability Litigation*, MDL No. 1763, in the District of New Jersey. Should the matter not be transferred and the anticipated stay is lifted, Medtronic will respond to the Complaint within twenty (20) days.

     Counsel are available should the Court have any questions.

                   Respectfully,

                   Thomas H. Kovach (Del. Bar No. 3964)

THK/asc

cc:    Brian F. Dolan, Esquire(via electronic filing)
       John T. Carroll, III, Esquire (via electronic filing)
       Joseph J. Bellew, Esquire (via electronic filing)

#8554642 v1