IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. RUST and KAREN J. RUST, | : C. A. NO. 07-222 (GMS) |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | : NON ADR CASE |
| | : |
| BIOMEDICAL TISSUE SERVICES, | : |
| LTD., MICHAEL MASTROMARINO, | : |
| REGENERATION TECHNOLOGIES, | : |
| INC., and MEDTRONIC SOFAMOR | : JURY TRIAL OF TWELVE DEMANDED |
| DANEK, USA, INC., | : |
| | : |
| Defendants. | : |

### AMENDMENT TO COMPLAINT PURSUANT TO
### SUPERIOR COURT RULE 4(h)

Plaintiffs, John L. Rust and Karen J. Rust, amend their Amended Complaint as originally filed on March 28, 2007 by adding paragraph 79 which is intended to be incorporated in the aforesaid Amended Complaint and to be made a part thereof.

79. Defendant, Michael Mastromarino, is an individual residing in the State of New Jersey. Thus, service of process upon him was required under 10 Del. C. §3104. On May 4, 2007, pursuant to the requirements of 10 Del. C. §3104, Plaintiffs' attorney mailed to Defendant, Michael Mastromarino a copy of the process and Amended Complaint which was served upon the Secretary of State on April 9, 2007, by registered mail, postage prepaid, return receipt requested, together with a letter informing him that the original of said process and Amended Complaint had been served upon the Secretary of State, and that in accordance with 10 Del.

C. §3104, the service was effectual for all intents and purposes as if it had been made upon him personally within the State. On May 14, 2007, the return receipt was returned to Stumpf, Vickers & Sandy, P.A. A copy of the letter together with the registered mail receipt has been filed with the Court in a proof of receipt notice and affidavit.

Defendant, Biomedical Tissue Services, Ltd., is a non-resident corporation of the State of Delaware. Thus, service of process upon them was required under 10 Del. C. §3104. On May 4, 2007, pursuant to the requirements of 10 Del. C. §3104, Plaintiffs' attorney mailed to Defendant, Biomedical Tissue Services, Ltd., a copy of the process and Amended Complaint which was served upon the Secretary of State on April 9, 2007, by registered mail, postage prepaid, return receipt requested, together with a letter informing them that the original of said process and Amended Complaint had been served upon the Secretary of State, and that in accordance with 10 Del. C. §3104, the service was effectual for all intents and purposes as if it had been made upon them personally within the State. On May 14, 2007, the return receipt was returned to Stumpf, Vickers & Sandy, P.A. A copy of the letter together with the registered mail receipt has been filed with the Court in a proof of receipt notice and affidavit.

        STUMPF, VICKERS & SANDY, P.A.
        8 West Market Street
        Georgetown, DE 19947
        Attorney for Plaintiffs

          /s/ Brian F. Dolan
BY:_____
        Brian F. Dolan
        I.D. #3190

DATED: May 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN L. RUST and KAREN J. RUST, | : | C. A. NO. 07-222 (GMS) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | NON ADR CASE |
| | : | |
| BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, REGENERATION TECHNOLOGIES, INC., and MEDTRONIC SOFAMOR DANEK, USA, INC., | : : : : | JURY TRIAL OF TWELVE DEMANDED |
| | : | |
| Defendants. | : | |

## NOTICE OF RECEIPT

Plaintiffs, by their attorney, hereby files with this Court, in accordance with 10 Del. C. §3104, proof of receipts of notice by the Defendants, Michael Mastromarino and Biomedical Tissue Services, Ltd. Attached hereto as Exhibit "A" are the signed return receipts. The Affidavit of Attorney evidencing transmittal of said registered articles is attached hereto as Exhibit "B" and the actual notices sent to Defendants are attached hereto as Exhibit "C".

                                        STUMPF, VICKERS & SANDY, P.A.
                                        8 West Market Street
                                        Georgetown, DE 19947
                                        Attorney for Plaintiff

                                              /s/   Brian F. Dolan
                              BY:_____
                                        Brian F. Dolan
                                        I.D. #3190

DATED: May 18, 2007

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| 1. Article Addressed to:<br>Michael Mastromarino<br>Biomedical Tissue Services, Ltd<br>8 Buckingham Rd.<br>Fort Lee, NJ 07024 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | RE 182 299 312 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| 1. Article Addressed to:<br>Biomedical Tissue Services, Ltd.<br>8 Buckingham Rd.<br>Fort Lee, NJ 07024 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | RE 182 299 309 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. RUST and KAREN J. RUST, | : C. A. NO. 07-222 (GMS) |
| Plaintiffs, | : |
| vs. | : NON ADR CASE |
| BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, REGENERATION TECHNOLOGIES, INC., and MEDTRONIC SOFAMOR DANEK, USA, INC., | : JURY TRIAL OF TWELVE DEMANDED |
| Defendants. | : |

**AFFIDAVIT OF ATTORNEY**

BRIAN F. DOLAN, ESQUIRE, being duly sworn according to law, deposes and says:

1. That the law firm of Stumpf, Vickers & Sandy, P.A. is the attorney for Plaintiffs in C. A. No. 07-222(GMS) wherein Biomedical Tissue Services, Ltd., and Michael Mastromarino are Defendants.

2. Defendant, Biomedical Tissue Services, Ltd., is a non-resident corporation of the State of Delaware.

3. Defendant, Michael Mastromarino, is a non-resident of the State of Delaware.

4. The notice required in 10 Del. C. §3104 was mailed, by registered mail, postage prepaid, return receipt requested on May 4, 2007. The receipts from Defendants, Biomedical Tissue Services and Michael Mastromarino were returned to sender on May 14, 2007.

5. The notice provided for in 10 <u>Del. C.</u> §3104 was contained in the envelopes at the time they were mailed.

6. The receipts obtained at the time of mailing the envelopes containing the notice were the receipts filed with this Affidavit.

<div style="text-align:right">
/s/   Brian F. Dolan  
Brian F. Dolan  
I.D. No. 3190
</div>

SWORN TO AND SUBSCRIBED before me this 18th day of May, 2007.

<div style="text-align:right">
/s/   Donna G. Mitchell  
Notary Public
</div>

# Stumpf Vickers and Sandy, P.A.

ATTORNEYS AT LAW

VINCENT H. VICKERS II
JOHN M. SANDY
THOMAS E. GAY
BRIAN F. DOLAN

8 WEST MARKET STREET   GEORGETOWN, DE  19947

302-856-3561
(Fax) 302-856-0956
(Fax) 302-856-3985

May 4, 2007

Biomedical Tissue Services, Ltd.
8 Buckingham Road
Fort Lee, NJ 07024

        RE:   Rust v. Biomedical Tissue Services, Ltd., et al.
                C. A. No: 06C-12-020   JTV

Dear Sir/Madam:

      Enclosed herein please find a copy of the Amended Complaint filed in the Superior Court of the State of Delaware in and for Sussex County. Also, enclosed is a copy of the process.

      Service of the original of such process has been made upon the Secretary of State of the State of Delaware. This service was made upon the Secretary of State on your behalf since you are a non-resident of the State of Delaware.

      Under the provisions of Delaware law in regard to obtaining service upon non-residents (10 Del. C. §3104), the service of process upon the Secretary of State is a s effectual to all intents and purposes as if it had been made upon you personally within this State.

      In summary, a law suit has been filed against you in Sussex County, Delaware. An Answer to the Complaint is required. You should immediately advise your insurance company of this and/or your attorney.

                                    Sincerely yours,

                                    Brian F. Dolan

BFD/dm
Enclosures
Registered Mail-Return Receipt Requested



| Registered No. RE 182 299309 US | | Date Stamp |
|---|---|---|
| Reg. Fee 7.90 | | |
| Handling Charge | Return Receipt 1.85 | |
| Postage 1.11 | Restricted Delivery | |
| Received by S.W. | | Domestic Insurance up to $25,000 is included in the fee. |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☒ Without Postal Insurance | International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

OFFICIAL USE

FROM: Stumpf, Vickers & Sandy, P.A.
8 West Market St.
Georgetown, DE 19947

TO: Biomedical Tissue Services, Ltd.
8 Buckingham Rd.
Fort Lee, NJ 07024

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®



# Stumpf Vickers and Sandy, P.A.
ATTORNEYS AT LAW

VINCENT H. VICKERS II
JOHN M. SANDY
THOMAS E. GAY
BRYAN F. DOLAN

8 WEST MARKET STREET   GEORGETOWN, DE 19947

302-856-3561
(Fax) 302-856-0956
(Fax) 302-856-3985

May 4, 2007

Michael Mastromarino
Biomedical Tissue Services, Ltd.
8 Buckingham Road
Fort Lee, NJ 07024

RE:   Rust v. Biomedical Tissue Services, Ltd., et al.
      C. A. No: 06C-12-020 JTV

Dear Mr. Mastromarino:

Enclosed herein please find a copy of the Amended Complaint filed in the Superior Court of the State of Delaware in and for Sussex County. Also, enclosed is a copy of the process.

Service of the original of such process has been made upon the Secretary of State of the State of Delaware. This service was made upon the Secretary of State on your behalf since you are a non-resident of the State of Delaware.

Under the provisions of Delaware law in regard to obtaining service upon non-residents (10 Del. C. §3104), the service of process upon the Secretary of State is a s effectual to all intents and purposes as if it had been made upon you personally within this State.

In summary, a law suit has been filed against you in Sussex County, Delaware. An Answer to the Complaint is required. You should immediately advise your insurance company of this and/or your attorney.

Sincerely yours,

Bryan F. Dolan

BFD/dm
Enclosures
Registered Mail-Return Receipt Requested

**Registered No.** RE182799312 US

**Date Stamp**

*To Be Completed By Post Office*

| | | | |
|---|---|---|---|
| Reg. Fee | 7.90 | | |
| Handling Charge | | Return Receipt | 1.85 |
| Postage | 1.35 | Restricted Delivery | |
| Received by | S.W. | | |

Customer Must Declare Full Value $ —0—

☐ With Postal Insurance

☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

*To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed*

**FROM**
Stumpf, Vickers & Sandy, P.A.
8 West Market St.
Georgetown, DE 19947

**TO**
Michael Mastromarino
Biomedical Tissue Services, Ltd.
8 Buckingham Rd.
Fort Lee, NJ 07024

PS Form **3806**, **Receipt for Registered Mail** *Copy 1 - Customer*
May 2004 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®