IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. RUST and KAREN J. RUST, | : C. A. NO. 07-222 (GMS) |
| Plaintiffs, | : |
| vs. | : NON ADR CASE |
| BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, REGENERATION TECHNOLOGIES, INC., and MEDTRONIC SOFAMOR DANEK, USA, INC., | : JURY TRIAL OF TWELVE DEMANDED |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

This is to certify that I caused to be sent via electronic filing to Joseph J. Bellew, Esquire, of Cozen O'Connor, Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, Delaware, 19801 and Thomas H. Kovach, Esquire, Pepper Hamilton, LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware, 19899, a true copy of the within AMENDMENT TO COMPLAINT PURSUANT TO SUPERIOR COURT RULE 4(h) on this 21st day of May, 2007.

STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE 19947
Attorney for Plaintiffs

BY: /s/ Brian F. Dolan
      Brian F. Dolan
      I.D. No. 3190