IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. RUST and KAREN J. RUST, | : C. A. NO. 07-222 (GMS) |
| Plaintiffs, | : |
| vs. | : |
| BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, REGENERATION TECHNOLOGIES, INC., and MEDTRONIC SOFAMOR DANEK, USA, INC., | : JURY TRIAL OF TWELVE DEMANDED |
| Defendants. | : |

**PRAECIPE**

TO: Clerk

    Pursuant to Fed. Rule Civ. P. 4, please sign and seal the enclosed Summonses so that Plaintiffs may effect service of their Amended Complaint upon BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, and MEDTRONIC SOFAMOR DANEK, USA., INC., by serving the Delaware Secretary of State pursuant to 10 Del. C. §3104.

    STUMPF, VICKERS & SANDY, P.A.
    8 West Market Street
    Georgetown, DE 19947
    (302) 856-3561
    Attorney for Plaintiffs


    BY:   /s/   Brian F. Dolan
           Brian F. Dolan
           I.D. No. 3190

DATED:   May 22, 2007

# United States District Court

District of    Delaware

JOHN L. RUST and KAREN J. RUST,

    Plaintiffs

    V.

BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, REGNERATION TECHNOLOGIES, INC., and MEDTRONIC SOFAMOR DANEK, USA, INC.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 07-222 (GMS)

TO:    Delaware Secretary of State on behalf of Biomedical Tissue Services, Ltd., 8 Buckingham Road, Fort Lee, NJ, 07024, pursuant to 10 Del. C. §3104 and Fed. R. Civ. P. 4(e)(1)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Brian F. Dolan, Esquire
    Stumpf, Vickers & Sandy, P.A.
    8 West Market Street
    Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
    _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    Discretion then residing therein.

    Name of person with whom the summons and complaint were left:_____

☐   Returned unexecuted: _____
    _____
    _____

☐   Other (specify): _____
    _____
    _____

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____    _____<br>              Date                                *Signature of Server*<br><br>                                _____<br>                                *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

District of _____Delaware_____

JOHN L. RUST and KAREN J. RUST,

      Plaintiffs

      V.

BIOMEDICAL TISSUE SERVICES, LTD., MICHAEL MASTROMARINO, REGNERATION TECHNOLOGIES, INC., and MEDTRONIC SOFAMOR DANEK, USA, INC.,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 07-222 (GMS)

TO: Delaware Secretary of State on behalf of Medtronic Sofamor Danek, USA, Inc., through its Registered Agent, CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, Tennessee, 37929, pursuant to 10 Del. C. §3104 and Fed. R. Civ. P. 4(e)(1)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Brian F. Dolan, Esquire
    Stumpf, Vickers & Sandy, P.A.
    8 West Market Street
    Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____
     _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     Discretion then residing therein.

     Name of person with whom the summons and complaint were left:_____

☐    Returned unexecuted: _____
     _____
     _____

☐    Other (specify): _____
     _____
     _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____      _____
              Date                                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:07-cv-00222-GMS    Document 7-3    Filed 05/24/2007    Page 3 of 3

# United States District Court

District of _____Delaware_____

JOHN L. RUST and KAREN J. RUST,

      Plaintiffs

      V.

BIOMEDICAL TISSUE SERVICES, LTD.,
MICHAEL MASTROMARINO, REGNERATION
TECHNOLOGIES, INC., and MEDTRONIC
SOFAMOR DANEK, USA, INC.,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 07-222 (GMS)

TO:    Delaware Secretary of State on behalf of Michael Mastromarino, 8 Buckingham Road, Fort Lee, NJ, 07024, pursuant to 10 Del. C. §3104 and Fed. R. Civ. P. 4(e)(1)

      **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

           Brian F. Dolan, Esquire
           Stumpf, Vickers & Sandy, P.A.
           8 West Market Street
           Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
Discretion then residing therein.

  Name of person with whom the summons and complaint were left:_____

☐  Returned unexecuted: _____
_____
_____

☐  Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
                Date                                                    *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.