IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN L. RUST and KAREN J. RUST, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-222 (GMS) |
| | : |
| BIOMEDICAL TISSUE SERVICES. LTD., | : |
| MICHAEL MASTROMARINO, REGENERATION | : |
| TECHNOLOGIES, INC. and MEDTRONIC | : |
| SOFAMOR DANEK USA, INC. | : |
| | : |
| Defendants. | : |
| | : |

## STIPULATION TO FURTHER EXTEND TIME

IT IS HEREBY STIPULATED, by and between Plaintiffs John and Karen Rust (the "Rusts") and Defendant Medtronic Sofamor Danek USA, Inc. ("Medtronic"), and subject to the approval of the Court, that the date by which Medtronic must answer, move, or otherwise respond to the Rusts' amended complaint shall be extended to June 29, 2007.

/s/ Brian F. Dolan
Brian F. Dolan (#3190)
STUMPF, VICKERS & SANDY, P.A.
8 West Market Street
Georgetown, DE  19947

*Attorneys for John and Karen Rust*

Dated:  May 24, 2007

/s/ Thomas H. Kovach
Thomas H. Kovach (#3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Attorneys for Medtronic Sofamor Danek USA, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

#8586441 v1

## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on the 24th day of May, 2007, I caused a true copy of the foregoing *Stipulation to Further Extend Time* to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

| | |
|---|---|
| Brian F. Dolan, Esquire | John T. Carroll, III, Esquire |
| Stumpf, Vickers & Sandy, P.A. | Joseph J. Bellew, Esquire |
| 8 West Market Street | 1201 Market Street |
| Georgetown, DE 19947 | Suite 1400 |
| | Wilmington, DE 19801 |

_____
Thomas H. Kovach (# 3964)

#8586441 v1

# Pepper Hamilton LLP
##### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Thomas H. Kovach
direct dial: 302.777.6502
kovacht@pepperlaw.com

May 24, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:  John L. Rust and Karen J. Rust v.
>      Biomedical Tissue Services, LTD., et al;
>      C.A. No. 07-222 (GMS)

Dear Judge Sleet:

       I write to explain the additional extension being requested in the Stipulation to Further Extend Time being filed concurrently herewith. On May 9, 2007, the Clerk of the Multidistrict Litigation Panel issued a Conditional Transfer Order ("CTO") to transfer this matter to the District of New Jersey under 28 USC §1407. Objections to this CTO are due by May 24, 2007. We have learned that plaintiff's counsel will not oppose transfer. Nevertheless, it is highly unlikely that the actual transfer of this case to the District of New Jersey will be completed prior to May 30, 2007, the current deadline for Medtronic to answer, move or otherwise plead. In order to allow sufficient time for the Multidistrict Litigation process to be completed prior to the time when Defendant Medtronic must respond to the Complaint, we are jointly requesting an additional thirty (30) day extension for Medtronic to respond to the Complaint, until June 29, 2007.

       Counsel are available should the Court have any questions.

Respectfully,

*Thomas H. Kovach*
Thomas H. Kovach (Del. Bar No. 3964)

THK/kw

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Gregory M. Sleet
Page 2
May 24, 2007


cc:   Brian F. Dolan, Esquire(via electronic filing)
      John T. Carroll, III, Esquire (via electronic filing)
      Joseph J. Bellew, Esquire (via electronic filing)

#8586390 v1