William T. Walsh
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**

(973) 645-4555

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

U.S. District Court for the
 District of Delaware
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519
Attn: Clerk

Date: June 5, 2007

Re:  MDL -1763 – In re Human Tissue Products Liability Litigation

District of Delaware No. 1:07-222
  John L. Rust, et al. V. BioMedical Tissue Services, Ltd., et al.
  District of New Jersey No. 2:07-2556

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled actions presently pending in your Court to the District of New Jersey and assigned to the Honorable William J. Martini, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting your files and certified copies of the docket sheets.

Very truly yours,

WILLIAM T. WALSH, Clerk

/s/ John Icklan, Deputy Clerk

Enc.

cc: Jeffery N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation



RECEIVED JUN 12 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE