I HEREBY CERTIFY that the above is
a true and correct copy of the
original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By JOHN ICKLAN
   Deputy Clerk

RECEIVED

MAY 3 0 2007

AT 8:30............M
WILLIAM T. WALSH, CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1763

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

*Shawn Marie Bowker, et al. v. Regeneration Technologies, Inc., et al.*, N.D. California, C.A. No. 3:07-2278
*John L. Rust, et al. v. BioMedical Tissue Services, Ltd., et al.*, D. Delaware, C.A. No. 1:07-222
*Ed Harding, et al. v. BioMedical Tissue Services, et al.*, S.D. Indiana, C.A. No. 1:07-538

### CONDITIONAL TRANSFER ORDER (CTO-22)

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 159 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

07cv222GMS

FILED
JUN 12 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**INVOLVED COUNSEL LIST (CTO-22)**
**DOCKET NO. 1763**
**IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION**

John T. Carroll, III
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St.
Suite 1400
Wilmington, DE 19801

Brian F. Dolan
Stumpf, Vickers & Sandy P.A.
8 West Market Street
Georgetown, DE 19947

Kevin R. Knight
Ice Miller, LLP
One American Square, Suite 3100
P.O. Box 82001
Indianapolis, IN 46282-0200

Joseph C. Owens
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012-2601

Ginger F.H. Pigott
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Frederick W. Schultz
Greene & Schultz
320 W. 8th Street
Suite 100
Bloomington, IN 47404

Steven Harris Schultz
Demas & Rosenthal, LLP
2331 Capitol Ave.
Sacramento, CA 95816

Anthony Vale
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Karen M.R. Weber
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

May 25, 2007

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL-1763 -- In re Human Tissue Products Liability Litigation

(See Attached CTO-22)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 9, 2007 As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
      Deputy Clerk

Attachment

cc:  Transferee Judge:   Judge William J. Martini
     Transferor Judges:  Judge Maxine M. Chesney; Judge Sue L. Robinson; Judge Sarah Evans Barker
     Transferor Clerks:  Richard W. Wieking; Peter T. Dalleo; Laura A. Briggs

JPML Form 36

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS