

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
### OFFICE OF THE CLERK

PETER T. DALLEO  
CLERK OF COURT

U.S. COURTHOUSE  
844 KING STREET, LOCKBOX 18  
WILMINGTON, DELAWARE 19801  
(302) 573-6170  
www.ded.uscourts.gov

June 12, 2007

United States District Court  
 for the District of New Jersey  
Martin Luther King, Jr. Federal Building  
 and U.S. Courthouse  
50 Walnut Street, P.O. Box 419  
Newark, NJ 07101-0419

      RE:    In Re Human Tissue Products Liability Litigation  
               MDL No. 1763  
               District of New Jersey No. 07-2556  
               District of Delaware No. 07-222 GMS

Dear Clerk:

      Pursuant to the MDL Judicial Panel Order transferring the above-referenced case to your Court, enclosed please find the following item:

      (X)    Certified copy of the docket sheet.

      Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

      Please acknowledge receipt of the above item on the attached copy of this letter.

                           Sincerely,

                           Peter T. Dalleo, Clerk of Court .

                 By: _____  
                           Deputy Clerk

I hereby acknowledge receipt of the above listed item on _____.

_____  
Signature